**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: James M Doan                                           CHAPTER 13
              Debtor(s)
                                         BKY. NO. 25-14014 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                                      Respectfully submitted,

                                                /s/ *Matthew Fissel*
                                                Matthew Fissel
                                                08 Oct 2025, 12:07:06, EDT

                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 627-1322

Document ID: 2d1c259a3cd6c073ea97ea07b7d404e4386c6cd7052e6eb38ee3bdf11644377d