Payslip: James Doan (73764): 10/12/2025
(Regular) - Complete

06:55 AM
10/24/2025
Page 1 of 2



## Company Information

| Name | Address | Phone |
|---|---|---|
| HD Supply Management, LLC (USA) | 3400 Cumberland Blvd. Atlanta, GA 30339 United States of America | +1 407-822-2888 |

## Payslip Information

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| James Doan | 138 Gable Hill Rd Levittown, PA 19057 | 73764 | 09/29/2025 | 10/12/2025 | 10/17/2025 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 109.17 | 3,514.65 | 121.18 | 905.24 | 441.85 | 2,046.38 |
| YTD | 1,483.05 | 51,974.57 | 3,734.68 | 12,846.51 | 7,069.60 | 28,323.78 |

## Earnings/PTO Balance

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Corp Annual Bonus | | | | | 0.00 | 258.42 |
| Big Deal Award | | | | | 0.00 | 100.00 |
| Incentive | | | | | 0.00 | 886.08 |
| GTL | 09/29/2025 - 10/12/2025 | 0.00 | 0.00 | 0.42 | 0.00 | 6.63 |
| Holiday | | | | | 24.00 | 681.60 |
| OT | 09/29/2025 - 10/12/2025 | 29.17 | 42.60 | 1,242.65 | 318.38 | 13,627.84 |
| Personal | | | | | 8.00 | 227.20 |
| Regular | 09/29/2025 - 10/12/2025 | 80.00 | 28.40 | 2,272.00 | 1,164.67 | 33,012.63 |
| Sick | | | | | 32.00 | 908.80 |
| Vacation | | | | | 80.00 | 2,272.00 |
| Sick Hrs Earned | 09/29/2025 - 10/12/2025 | 3.65 | 0.00 | 0.00 | | |
| Sick Hours Balance | 09/29/2025 - 10/12/2025 | 25.468333 | 0.00 | 0.00 | | |
| Vacation Hrs Balance | 09/29/2025 - 10/12/2025 | -1.516667 | 0.00 | 0.00 | | |
| Wellness Hrs Balance | 09/29/2025 - 10/12/2025 | 8.00 | 0.00 | 0.00 | | |
| Floating Holiday Hrs Bal | 09/29/2025 - 10/12/2025 | 24.00 | 0.00 | 0.00 | | |
| | | | Total: | 3,515.07 | | 51,981.20 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 214.78 | 3,169.23 |
| Medicare | 50.23 | 741.19 |
| Federal Withholding | 496.89 | 6,617.95 |
| State Tax - PA | 106.34 | 1,569.07 |
| SUI-Employee Paid - NJ | | 184.03 |
| City Tax - BRSTL | 17.32 | 255.55 |
| NJ FLI - NJFLI | 11.60 | 171.54 |



Payslip: James Doan (73764): 10/12/2025
(Regular) - Complete

06:55 AM
10/24/2025
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| NJ VDI - NJVDI | 8.08 | 119.55 |
| NJ WFD - NJWDF |  | 18.40 |
| Total: | 905.24 | 12,846.51 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical | 35.98 | 611.66 |
| Dental | 14.90 | 252.87 |
| 401k | 70.30 | 2,870.15 |
| Total: | 121.18 | 3,734.68 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (401k Loan 1) | 72.62 | 1,161.92 |
| Support (0664101553 / WGPS02) | 369.23 | 5,907.68 |
| Total: | 441.85 | 7,069.60 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| FTMED ER | 358.69 | 5,739.04 |
| Tobacco Credit | (89.67) | (1,434.72) |
| Wellness Credit | (71.74) | (1,147.84) |
| 401k ER | 35.15 | 1,435.10 |
| Total: | 232.43 | 4,591.58 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,464.19 | 51,116.67 |
| Medicare - Taxable Wages | 3,464.19 | 51,116.67 |
| Federal Withholding - Taxable Wages | 3,393.89 | 48,246.52 |
| State Tax Taxable Wages - PA | 3,463.77 | 51,110.04 |
| City Tax Taxable Wages - BRSTL | 3,463.77 | 51,110.04 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 |  |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| Pnc | Joint | ******1822 | 2,046.38 | USD |
|  |  | Total: | 2,046.38 |  |

Payslip: James Doan (73764): 09/28/2025
(Regular) - Complete

06:55 AM
10/24/2025
Page 1 of 2



## Company Information

| Name | Address | Phone |
|---|---|---|
| HD Supply Management, LLC (USA) | 3400 Cumberland Blvd. Atlanta, GA 30339 United States of America | +1 407-822-2888 |

## Payslip Information

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| James Doan | 138 Gable Hill Rd Levittown, PA 19057 | 73764 | 09/15/2025 | 09/28/2025 | 10/03/2025 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 111.30 | 3,605.38 | 122.99 | 935.48 | 441.85 | 2,105.06 |
| YTD | 1,373.88 | 48,459.92 | 3,613.50 | 11,941.27 | 6,627.75 | 26,277.40 |

## Earnings/PTO Balance

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Corp Annual Bonus | | | | | 0.00 | 258.42 |
| Big Deal Award | | | | | 0.00 | 100.00 |
| Incentive | | | | | 0.00 | 886.08 |
| GTL | 09/15/2025 - 09/28/2025 | 0.00 | 0.00 | 0.42 | 0.00 | 6.21 |
| Holiday | | | | | 24.00 | 681.60 |
| OT | 09/15/2025 - 09/28/2025 | 31.30 | 42.60 | 1,333.38 | 289.21 | 12,385.19 |
| Personal | | | | | 8.00 | 227.20 |
| Regular | 09/15/2025 - 09/28/2025 | 80.00 | 28.40 | 2,272.00 | 1,084.67 | 30,740.63 |
| Sick | | | | | 32.00 | 908.80 |
| Vacation | | | | | 80.00 | 2,272.00 |
| Sick Hrs Earned | 09/15/2025 - 09/28/2025 | 3.72 | 0.00 | 0.00 | | |
| Sick Hours Balance | 09/15/2025 - 09/28/2025 | 21.822222 | 0.00 | 0.00 | | |
| Vacation Hrs Balance | 09/15/2025 - 09/28/2025 | -6.133333 | 0.00 | 0.00 | | |
| Wellness Hrs Balance | 09/15/2025 - 09/28/2025 | 8.00 | 0.00 | 0.00 | | |
| Floating Holiday Hrs Bal | 09/15/2025 - 09/28/2025 | 24.00 | 0.00 | 0.00 | | |
| | | | Total: | 3,605.80 | | 48,466.13 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 220.40 | 2,954.45 |
| Medicare | 51.55 | 690.96 |
| Federal Withholding | 516.45 | 6,121.06 |
| State Tax - PA | 109.12 | 1,462.73 |
| SUI-Employee Paid - NJ | | 184.03 |
| City Tax - BRSTL | 17.77 | 238.23 |
| NJ FLI - NJFLI | 11.90 | 159.94 |

Payslip: James Doan (73764): 09/28/2025
(Regular) - Complete

06:55 AM
10/24/2025
Page 2 of 2



| Description | Amount | YTD |
|---|---|---|
| NJ VDI - NJVDI | 8.29 | 111.47 |
| NJ WFD - NJWDF | | 18.40 |
| Total: | 935.48 | 11,941.27 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical | 35.98 | 575.68 |
| Dental | 14.90 | 237.97 |
| 401k | 72.11 | 2,799.85 |
| Total: | 122.99 | 3,613.50 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (401k Loan 1) | 72.62 | 1,089.30 |
| Support (0664101553 / WGPS02) | 369.23 | 5,538.45 |
| Total: | 441.85 | 6,627.75 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| FTMED ER | 358.69 | 5,380.35 |
| Tobacco Credit | (89.67) | (1,345.05) |
| Wellness Credit | (71.74) | (1,076.10) |
| 401k ER | 36.06 | 1,399.95 |
| Total: | 233.34 | 4,359.15 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,554.92 | 47,652.48 |
| Medicare - Taxable Wages | 3,554.92 | 47,652.48 |
| Federal Withholding - Taxable Wages | 3,482.81 | 44,852.63 |
| State Tax Taxable Wages - PA | 3,554.50 | 47,646.27 |
| City Tax Taxable Wages - BRSTL | 3,554.50 | 47,646.27 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| Pnc | Joint | ******1822 | 2,105.06 | USD |
| | | Total: | 2,105.06 | |

Payslip: James Doan (73764): 09/14/2025
(Regular) - Complete

06:55 AM
10/24/2025
Page 1 of 2



## Company Information

| Name | Address | Phone |
|---|---|---|
| HD Supply Management, LLC (USA) | 3400 Cumberland Blvd.<br>Atlanta, GA 30339<br>United States of America | +1 407-822-2888 |

## Payslip Information

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| James Doan | 138 Gable Hill Rd<br>Levittown, PA 19057 | 73764 | 09/01/2025 | 09/14/2025 | 09/19/2025 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 88.57 | 3,174.98 | 114.38 | 799.52 | 441.85 | 1,819.23 |
| YTD | 1,262.58 | 44,854.54 | 3,490.51 | 11,005.79 | 6,185.90 | 24,172.34 |

## Earnings/PTO Balance

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Corp Annual Bonus | | | | | 0.00 | 258.42 |
| Big Deal Award | | | | | 0.00 | 100.00 |
| Incentive | | | | | 0.00 | 886.08 |
| GTL | 09/01/2025 - 09/14/2025 | 0.00 | 0.00 | 0.42 | 0.00 | 5.79 |
| Holiday | 09/01/2025 - 09/14/2025 | 8.00 | 28.40 | 227.20 | 24.00 | 681.60 |
| OT | 09/08/2025 - 09/14/2025 | 14.45 | 42.60 | 615.57 | 257.91 | 11,051.81 |
| Personal | | | | | 8.00 | 227.20 |
| Regular | 09/01/2025 - 09/14/2025 | 74.12 | 28.40 | 2,105.01 | 1,004.67 | 28,468.63 |
| Sick | 09/01/2025 - 09/14/2025 | 8.00 | 28.40 | 227.20 | 32.00 | 908.80 |
| Vacation | | | | | 80.00 | 2,272.00 |
| Sick Hrs Earned | 09/01/2025 - 09/14/2025 | 3.23 | 0.00 | 0.00 | | |
| Sick Hours Balance | 09/01/2025 - 09/14/2025 | 18.104722 | 0.00 | 0.00 | | |
| Vacation Hrs Balance | 09/01/2025 - 09/14/2025 | -10.75 | 0.00 | 0.00 | | |
| Wellness Hrs Balance | 09/01/2025 - 09/14/2025 | 8.00 | 0.00 | 0.00 | | |
| Floating Holiday Hrs Bal | 09/01/2025 - 09/14/2025 | 24.00 | 0.00 | 0.00 | | |
| | | | Total: | 3,175.40 | | 44,860.33 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 193.72 | 2,734.05 |
| Medicare | 45.30 | 639.41 |
| Federal Withholding | 423.66 | 5,604.61 |
| State Tax - PA | 95.91 | 1,353.61 |
| SUI-Employee Paid - NJ | 6.87 | 184.03 |



Payslip: James Doan (73764): 09/14/2025
(Regular) - Complete

06:55 AM
10/24/2025
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| City Tax - BRSTL | 15.62 | 220.46 |
| NJ FLI - NJFLI | 10.48 | 148.04 |
| NJ VDI - NJVDI | 7.30 | 103.18 |
| NJ WFD - NJWDF | 0.66 | 18.40 |
| Total: | 799.52 | 11,005.79 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical | 35.98 | 539.70 |
| Dental | 14.90 | 223.07 |
| 401k | 63.50 | 2,727.74 |
| Total: | 114.38 | 3,490.51 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (401k Loan 1) | 72.62 | 1,016.68 |
| Support (0664101553 / WGPS02) | 369.23 | 5,169.22 |
| Total: | 441.85 | 6,185.90 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| FTMED ER | 358.69 | 5,021.66 |
| Tobacco Credit | (89.67) | (1,255.38) |
| Wellness Credit | (71.74) | (1,004.36) |
| 401k ER | 31.75 | 1,363.89 |
| Total: | 229.03 | 4,125.81 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,124.52 | 44,097.56 |
| Medicare - Taxable Wages | 3,124.52 | 44,097.56 |
| Federal Withholding - Taxable Wages | 3,061.02 | 41,369.82 |
| State Tax Taxable Wages - PA | 3,124.10 | 44,091.77 |
| City Tax Taxable Wages - BRSTL | 3,124.10 | 44,091.77 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| Pnc | Joint | ******1822 | 1,819.23 | USD |
| | | Total: | 1,819.23 | |

Payslip: James Doan (73764): 08/31/2025
(Regular) - Complete

06:54 AM
10/24/2025
Page 1 of 4



## Company Information

| Name | Address | Phone |
|---|---|---|
| HD Supply Management, LLC (USA) | 3400 Cumberland Blvd. Atlanta, GA 30339 United States of America | +1 407-822-2888 |

## Payslip Information

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| James Doan | 138 Gable Hill Rd Levittown, PA 19057 | 73764 | 08/18/2025 | 08/31/2025 | 09/05/2025 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 55.38 | 3,879.02 | 128.47 | 1,044.85 | 441.85 | 2,263.85 |
| YTD | 1,174.01 | 41,679.56 | 3,376.13 | 10,206.27 | 5,744.05 | 22,353.11 |

## Earnings/PTO Balance

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Corp Annual Bonus | | | | | 0.00 | 258.42 |
| Big Deal Award | | | | | 0.00 | 100.00 |
| Incentive | 02/03/2025 - 08/03/2025 | 0.00 | 0.00 | 886.08 | 0.00 | 886.08 |
| GTL | 08/18/2025 - 08/31/2025 | 0.00 | 0.00 | 0.42 | 0.00 | 5.37 |
| Holiday | | | | | 16.00 | 454.40 |
| OT | 03/03/2025 - 03/09/2025 | 4.25 | (13.80) | (58.65) | | |
| OT | 03/03/2025 - 03/09/2025 | 4.25 | 14.185 | 60.29 | | |
| OT | 03/10/2025 - 03/16/2025 | 10.93 | (13.80) | (150.84) | | |
| OT | 03/10/2025 - 03/16/2025 | 10.93 | 14.135 | 154.50 | | |
| OT | 03/17/2025 - 03/23/2025 | 10.25 | (14.20) | (145.55) | | |
| OT | 03/17/2025 - 03/23/2025 | 10.25 | 14.54 | 149.04 | | |
| OT | 03/24/2025 - 03/30/2025 | 2.93 | (14.20) | (41.61) | | |
| OT | 03/24/2025 - 03/30/2025 | 2.93 | 14.595 | 42.77 | | |
| OT | 03/31/2025 - 04/06/2025 | 11.25 | (14.20) | (159.75) | | |
| OT | 03/31/2025 - 04/06/2025 | 11.25 | 14.535 | 163.52 | | |
| OT | 04/07/2025 - 04/13/2025 | 9.35 | (14.20) | (132.77) | | |
| OT | 04/07/2025 - 04/13/2025 | 9.35 | 14.545 | 136.00 | | |
| OT | 04/14/2025 - 04/20/2025 | 6.25 | (14.20) | (88.75) | | |
| OT | 04/14/2025 - 04/20/2025 | 6.25 | 14.57 | 91.07 | | |

Payslip: James Doan (73764): 08/31/2025
(Regular) - Complete

06:54 AM
10/24/2025
Page 2 of 4



| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| OT | 04/21/2025 - 04/27/2025 | 9.10 | (14.20) | (129.22) | | |
| OT | 04/21/2025 - 04/27/2025 | 9.10 | 14.545 | 132.36 | | |
| OT | 04/28/2025 - 05/04/2025 | 10.78 | (14.20) | (153.08) | | |
| OT | 04/28/2025 - 05/04/2025 | 10.78 | 14.535 | 156.69 | | |
| OT | 05/05/2025 - 05/11/2025 | 16.43 | (14.20) | (233.31) | | |
| OT | 05/05/2025 - 05/11/2025 | 16.43 | 14.50 | 238.24 | | |
| OT | 05/12/2025 - 05/18/2025 | 10.70 | (14.20) | (151.94) | | |
| OT | 05/12/2025 - 05/18/2025 | 10.70 | 14.535 | 155.53 | | |
| OT | 05/19/2025 - 05/25/2025 | 10.33 | (14.20) | (146.69) | | |
| OT | 05/19/2025 - 05/25/2025 | 10.33 | 14.54 | 150.20 | | |
| OT | 06/02/2025 - 06/08/2025 | 16.78 | (14.20) | (238.28) | | |
| OT | 06/02/2025 - 06/08/2025 | 16.78 | 14.50 | 243.31 | | |
| OT | 06/09/2025 - 06/15/2025 | 17.53 | (14.20) | (248.93) | | |
| OT | 06/09/2025 - 06/15/2025 | 17.53 | 14.495 | 254.10 | | |
| OT | 06/16/2025 - 06/22/2025 | 13.77 | (14.20) | (195.54) | | |
| OT | 06/16/2025 - 06/22/2025 | 13.77 | 14.515 | 199.88 | | |
| OT | 06/23/2025 - 06/29/2025 | 12.72 | (14.20) | (180.63) | | |
| OT | 06/23/2025 - 06/29/2025 | 12.72 | 14.525 | 184.76 | | |
| OT | 07/07/2025 - 07/13/2025 | 15.18 | (14.20) | (215.56) | | |
| OT | 07/07/2025 - 07/13/2025 | 15.18 | 14.51 | 220.27 | | |
| OT | 07/14/2025 - 07/20/2025 | 1.15 | (15.415) | (17.73) | | |
| OT | 07/14/2025 - 07/20/2025 | 1.15 | 15.83 | 18.21 | | |
| OT | 07/28/2025 - 08/03/2025 | 11.62 | (14.20) | (165.01) | | |
| OT | 07/28/2025 - 08/03/2025 | 11.62 | 14.53 | 168.84 | | |
| OT | 08/25/2025 - 08/31/2025 | 15.38 | 42.60 | 655.20 | 243.46 | 10,436.24 |
| Personal | | | | | 8.00 | 227.20 |
| Regular | 08/25/2025 - 08/31/2025 | 40.00 | 28.40 | 1,136.00 | 930.55 | 26,363.62 |
| Sick | | | | | 24.00 | 681.60 |
| Vacation | 08/18/2025 - 08/31/2025 | 40.00 | 28.40 | 1,136.00 | 80.00 | 2,272.00 |
| Sick Hrs Earned | 08/18/2025 - 08/31/2025 | 3.19 | 0.00 | 0.00 | | |
| Sick Hours Balance | 08/18/2025 - 08/31/2025 | 22.879444 | 0.00 | 0.00 | | |



Payslip: James Doan (73764): 08/31/2025
(Regular) - Complete

06:54 AM
10/24/2025
Page 3 of 4

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Vacation Hrs Balance | 08/18/2025 - 08/31/2025 | -15.366667 | 0.00 | 0.00 | | |
| Wellness Hrs Balance | 08/18/2025 - 08/31/2025 | 8.00 | 0.00 | 0.00 | | |
| Floating Holiday Hrs Bal | 08/18/2025 - 08/31/2025 | 24.00 | 0.00 | 0.00 | | |
| | | | Total: | 3,879.44 | | 41,684.93 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 237.37 | 2,540.33 |
| Medicare | 55.52 | 594.11 |
| Federal Withholding | 575.44 | 5,180.95 |
| State Tax - PA | 117.52 | 1,257.70 |
| SUI-Employee Paid - NJ | 16.49 | 177.16 |
| City Tax - BRSTL | 19.14 | 204.84 |
| NJ FLI - NJFLI | 12.80 | 137.56 |
| NJ VDI - NJVDI | 8.92 | 95.88 |
| NJ WFD - NJWDF | 1.65 | 17.74 |
| Total: | 1,044.85 | 10,206.27 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical | 35.98 | 503.72 |
| Dental | 14.90 | 208.17 |
| 401k | 77.59 | 2,664.24 |
| Total: | 128.47 | 3,376.13 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (401k Loan 1) | 72.62 | 944.06 |
| Support (0664101553 / WGPS02) | 369.23 | 4,799.99 |
| Total: | 441.85 | 5,744.05 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| FTMED ER | 358.69 | 4,662.97 |
| Tobacco Credit | (89.67) | (1,165.71) |
| Wellness Credit | (71.74) | (932.62) |
| 401k ER | 38.80 | 1,332.14 |
| Total: | 236.08 | 3,896.78 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,828.56 | 40,973.04 |
| Medicare - Taxable Wages | 3,828.56 | 40,973.04 |
| Federal Withholding - Taxable Wages | 3,750.97 | 38,308.80 |
| State Tax Taxable Wages - PA | 3,828.14 | 40,967.67 |
| City Tax Taxable Wages - BRSTL | 3,828.14 | 40,967.67 |

### Withholding



Payslip: James Doan (73764): 08/31/2025
(Regular) - Complete

06:54 AM
10/24/2025
Page 4 of 4

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| Pnc | Joint | ******1822 | 2,263.85 | USD |
| | | Total: | 2,263.85 | |

Case 25-14014-amc   Doc 13   Filed 10/24/25   Entered 10/24/25 14:40:47   Desc Main
Document   Page 11 of 14

Payslip: James Doan (73764): 08/17/2025
(Regular) - Complete

07:06 AM
08/25/2025
Page 1 of 2

# HD SUPPLY

## Company Information

| Name | Address | Phone |
|---|---|---|
| HD Supply Management, LLC (USA) | 3400 Cumberland Blvd. Atlanta, GA 30339 United States of America | +1 407-822-2888 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| James Doan | 73764 | 08/04/2025 | 08/17/2025 | 08/22/2025 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 106.78 | 3,412.84 | 289.78 | 849.70 | 441.85 | 1,831.51 |
| YTD | 1,118.63 | 37,800.54 | 3,247.66 | 9,161.42 | 5,302.20 | 20,089.26 |

## Earnings/PTO Balance

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Corp Annual Bonus | | | | | 0.00 | 258.42 |
| Big Deal Award | | | | | 0.00 | 100.00 |
| GTL | 08/04/2025 - 08/17/2025 | 0.00 | 0.00 | 0.42 | 0.00 | 4.95 |
| Holiday | | | | | 16.00 | 454.40 |
| OT | 08/04/2025 - 08/17/2025 | 26.78 | 42.60 | 1,140.84 | 228.08 | 9,715.30 |
| Personal | | | | | 8.00 | 227.20 |
| Regular | 08/04/2025 - 08/17/2025 | 80.00 | 28.40 | 2,272.00 | 890.55 | 25,227.62 |
| Sick | | | | | 24.00 | 681.60 |
| Vacation | | | | | 40.00 | 1,136.00 |
| Sick Hrs Earned | 08/04/2025 - 08/17/2025 | 3.57 | 0.00 | 0.00 | | |
| Sick Hours Balance | 08/04/2025 - 08/17/2025 | 19.693611 | 0.00 | 0.00 | | |
| Vacation Hrs Balance | 08/04/2025 - 08/17/2025 | 20.016667 | 0.00 | 0.00 | | |
| Wellness Hrs Balance | 08/04/2025 - 08/17/2025 | 8.00 | 0.00 | 0.00 | | |
| Floating Holiday Hrs Bal | 08/04/2025 - 08/17/2025 | 24.00 | 0.00 | 0.00 | | |
| | | | Total: | 3,413.26 | | 37,805.49 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 208.47 | 2,302.96 |
| Medicare | 48.75 | 538.59 |
| Federal Withholding | 437.40 | 4,605.51 |
| State Tax - PA | 103.21 | 1,140.18 |
| SUI-Employee Paid - NJ | 14.50 | 160.67 |
| City Tax - BRSTL | 16.81 | 185.70 |
| NJ FLI - NJFLI | 11.26 | 124.76 |
| NJ VDI - NJVDI | 7.85 | 86.96 |



Payslip: James Doan (73764): 08/17/2025
(Regular) - Complete

07:06 AM
08/25/2025
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| NJ WFD - NJWDF | 1.45 | 16.09 |
| Total: | 849.70 | 9,161.42 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical | 35.98 | 467.74 |
| Dental | 14.90 | 193.27 |
| 401k | 238.90 | 2,586.65 |
| Total: | 289.78 | 3,247.66 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (401k Loan 1) | 72.62 | 871.44 |
| Support (0664101553 / WGPS02) | 369.23 | 4,430.76 |
| Total: | 441.85 | 5,302.20 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| FTMED ER | 358.69 | 4,304.28 |
| Tobacco Credit | (89.67) | (1,076.04) |
| Wellness Credit | (71.74) | (860.88) |
| 401k ER | 119.45 | 1,293.34 |
| Total: | 316.73 | 3,660.70 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,362.38 | 37,144.48 |
| Medicare - Taxable Wages | 3,362.38 | 37,144.48 |
| Federal Withholding - Taxable Wages | 3,123.48 | 34,557.83 |
| State Tax Taxable Wages - PA | 3,361.96 | 37,139.53 |
| City Tax Taxable Wages - BRSTL | 3,361.96 | 37,139.53 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| Pnc | Joint | ******1822 | 1,831.51 | USD |
| | | Total: | 1,831.51 | |

Payslip: James Doan (73764): 08/03/2025
(Regular) - Complete

07:06 AM
08/25/2025
Page 1 of 2

**H·D SUPPLY**

## Company Information

| Name | Address | Phone |
|---|---|---|
| HD Supply Management, LLC (USA) | 3400 Cumberland Blvd.<br>Atlanta, GA 30339<br>United States of America | +1 407-822-2888 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| James Doan | 73764 | 07/21/2025 | 08/03/2025 | 08/08/2025 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 51.62 | 2,767.02 | 244.58 | 638.49 | 441.85 | 1,442.10 |
| YTD | 1,011.85 | 34,387.70 | 2,957.88 | 8,311.72 | 4,860.35 | 18,257.75 |

## Earnings/PTO Balance

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Corp Annual Bonus | | | | | 0.00 | 258.42 |
| Big Deal Award | | | | | 0.00 | 100.00 |
| GTL | 07/21/2025 - 08/03/2025 | 0.00 | 0.00 | 0.42 | 0.00 | 4.53 |
| Holiday | | | | | 16.00 | 454.40 |
| OT | 07/28/2025 - 08/03/2025 | 11.62 | 42.60 | 495.02 | 201.30 | 8,574.46 |
| Personal | 07/21/2025 - 08/03/2025 | 8.00 | 28.40 | 227.20 | 8.00 | 227.20 |
| Regular | 07/28/2025 - 08/03/2025 | 40.00 | 28.40 | 1,136.00 | 810.55 | 22,955.62 |
| Sick | 07/21/2025 - 08/03/2025 | 16.00 | 28.40 | 454.40 | 24.00 | 681.60 |
| Vacation | 07/21/2025 - 08/03/2025 | 16.00 | 28.40 | 454.40 | 40.00 | 1,136.00 |
| Sick Hrs Earned | 07/21/2025 - 08/03/2025 | 3.06 | 0.00 | 0.00 | | |
| Sick Hours Balance | 07/21/2025 - 08/03/2025 | 16.126944 | 0.00 | 0.00 | | |
| Vacation Hrs Balance | 07/21/2025 - 08/03/2025 | 15.40 | 0.00 | 0.00 | | |
| Wellness Hrs Balance | 07/21/2025 - 08/03/2025 | 8.00 | 0.00 | 0.00 | | |
| Floating Holiday Hrs Bal | 07/21/2025 - 08/03/2025 | 24.00 | 0.00 | 0.00 | | |
| | | | Total: | 2,767.44 | | 34,392.23 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 168.43 | 2,094.49 |
| Medicare | 39.39 | 489.84 |
| Federal Withholding | 305.26 | 4,168.11 |
| State Tax - PA | 83.39 | 1,036.97 |
| SUI-Employee Paid - NJ | 11.76 | 146.17 |
| City Tax - BRSTL | 13.58 | 168.89 |

**H·D SUPPLY**



Payslip: James Doan (73764): 08/03/2025
(Regular) - Complete

07:06 AM
08/25/2025
Page 2 of 2

| Description | Amount | YTD |
|---|---:|---:|
| NJ FLI - NJFLI | 9.13 | 113.50 |
| NJ VDI - NJVDI | 6.37 | 79.11 |
| NJ WFD - NJWDF | 1.18 | 14.64 |
| Total: | 638.49 | 8,311.72 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---:|---:|
| Medical | 35.98 | 431.76 |
| Dental | 14.90 | 178.37 |
| 401k | 193.70 | 2,347.75 |
| Total: | 244.58 | 2,957.88 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---:|---:|
| 401k Loan (401k Loan 1) | 72.62 | 798.82 |
| Support (0664101553 / WGPS02) | 369.23 | 4,061.53 |
| Total: | 441.85 | 4,860.35 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---:|---:|
| FTMED ER | 358.69 | 3,945.59 |
| Tobacco Credit | (89.67) | (986.37) |
| Wellness Credit | (71.74) | (789.14) |
| 401k ER | 96.85 | 1,173.89 |
| Total: | 294.13 | 3,343.97 |

### Taxable Wages

| Description | Amount | YTD |
|---|---:|---:|
| OASDI - Taxable Wages | 2,716.56 | 33,782.10 |
| Medicare - Taxable Wages | 2,716.56 | 33,782.10 |
| Federal Withholding - Taxable Wages | 2,522.86 | 31,434.35 |
| State Tax Taxable Wages - PA | 2,716.14 | 33,777.57 |
| City Tax Taxable Wages - BRSTL | 2,716.14 | 33,777.57 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---:|---|
| Pnc | Joint | ******1822 | 1,442.10 | USD |
| | | Total: | 1,442.10 | |