Certificate Number: 03621-PAE-DE-040262899

Bankruptcy Case Number: 25-14014



03621-PAE-DE-040262899

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 1, 2025</u>, at <u>2:03</u> o'clock <u>PM EDT</u>, <u>James Doan</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 1, 2025</u>          By:   <u>/s/Kate Casique</u>

Name:   <u>Kate Casique</u>

Title:   <u>Credit Counselor</u>