IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JAMES M DOAN<br>        Debtor,<br><br>HARLEY-DAVIDSON CREDIT CORP.<br>        Movant,<br><br>    v.<br><br>JAMES M DOAN, and<br>NICOLE ODONNELL, Non-Filing Co-Debtor, and<br>SCOTT F. WATERMAN, Chapter 13 Trustee.<br>        Respondents. | Bankruptcy No. 25-14014-amc<br><br>Chapter 13 |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 19)

      The undersigned hereby certifies that, as of January 25, 2026, no answer, objection, or other responsive pleading to the Motion for Relief from the Automatic Stay, at Doc. No. 19, and served on the Respondents herein has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than January 19, 2026.

      It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: January 25, 2026

                                              Respectfully submitted,

                                              BERNSTEIN-BURKLEY, P.C.

                                              By: /s/*Keri P. Ebeck*
                                              Keri P. Ebeck, Esq.
                                              PA I.D. # 91298
                                              kebeck@bernsteinlaw.com
                                              601 Grant Street, 9th Floor
                                              Pittsburgh, PA 15219
                                              Phone - (412) 456-8112
                                              Fax - (412) 456-8135

                                              *Counsel for Harley-Davidson Credit Corp.*