IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JAMES M DOAN<br>Debtor,<br><br>HARLEY-DAVIDSON CREDIT CORP.<br>Movant,<br><br>v.<br><br>JAMES M DOAN, and<br>NICOLE ODONNELL, Non-Filing Co-Debtor, and<br>SCOTT F. WATERMAN, Chapter 13 Trustee.<br>Respondents. | Bankruptcy No. 25-14014-amc<br><br>Chapter 13 |

ORDER OF COURT

AND NOW, this ___ day of _______________, 2026, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the 2021 Harley-Davidson FXBBS Street Bob 114, VIN: 1HD1YYK1XMB065285 as to all Debtors.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:



**Date: January 28, 2026**

___________________________
Honorable Ashely M. Chan
U.S. Bankruptcy Court Chief Judge