# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  James M Doan<br>    Debtor(s)<br><br>Lakeview Loan Servicing, LLC, its successors and/or assigns<br>    Movant<br>  vs.<br><br>James M Doan<br>    Debtor(s)<br><br>Scott F. Waterman<br>    Trustee | CHAPTER 13<br><br>NO. 25-14014 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Lakeview Loan Servicing, LLC, which was filed with the Court on or about October 31, 2025.

Dated: February 23, 2026

                Respectfully submitted,

                /s/Matthew Fissel
                Matthew Fissel, Esq.
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Phone: (215)-627-1322
                mfissel@kmllawgroup.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: James M Doan**<br>　　　　　　　Debtor(s)<br><br>**Lakeview Loan Servicing, LLC**<br>　　　　　　　Movant<br>　　vs.<br><br>**James M Doan**<br>　　　　　　　Respondent(s) | CHAPTER 13<br>BK. NO. 25-14014 AMC |

### CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Praecipe to Withdraw was served by first class mail, postage pre-paid, upon the parties listed below on **February 23, 2026**.

Scott F. Waterman (via ECF)
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Paul H. Young, Esq. (via ECF)
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

James M Doan
138 Gable Hill Road
Levittown, PA 19057

Date: February 23, 2026

　　　　　　　　　　　　By: /s/ Matthew Fissel
　　　　　　　　　　　　Matthew Fissel, Esquire
　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　Phone: (215) 627-1322 Fax: (215) 627-7734
　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　bkgroup@kmllawgroup.com