United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

James M Doan

     Debtor

Case No. 25-14014-amc

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2             User: admin             Page 1 of 3

Date Rcvd: Mar 12, 2026             Form ID: 155             Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James M Doan, 138 Gable Hill Road, Levittown, PA 19057-3432 |
| 15057260 | + | Ashley Weldon, 617 Central Avenue, Croydon, PA 19021-6810 |
| 15071596 | + | Bucks County Domestic Relations, 100 N. Main Stret, Doylestown, PA 18901-3711 |
| 15059853 | + | Lakeview Loan Servicing, LLC, Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15057291 | + | Vivint Solar, 219 B Rittenhouse Circle, Bristol, PA 19007-1615 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15068731 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2026 01:36:41 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15057263 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2026 01:25:35 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15057261 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2026 01:25:35 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15057264 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2026 01:25:21 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15057266 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 13 2026 01:25:29 | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 15057265 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 13 2026 01:25:29 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15057267 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2026 01:36:41 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15057268 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2026 01:23:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15057269 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2026 01:23:00 | Comenity Bank/Kay Jewelers, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 15057270 | Email/Text: compliance@contractcallers.com | Mar 13 2026 01:23:00 | Contract Callers Inc, PO Box 2207, Augusta, GA 30903-2207 |
| 15057271 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 13 2026 01:25:29 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15057272 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 13 2026 01:25:36 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15057273 | + Email/Text: bankruptcy@greenskycredit.com | Mar 13 2026 01:23:00 | GreenSky, PO Box 29429, Atlanta, GA 30359-0429 |
| 15057274 | + Email/Text: bankruptcy.notices@hdfsi.com | Mar 13 2026 01:23:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |

| | | | |
|---|---|---|---|
| 15057275 | + Email/Text: bankruptcy.notices@hdfsi.com | Mar 13 2026 01:23:00 | Harley Davidson Financial, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 15081176 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Mar 13 2026 01:23:00 | Harley-Davidson Credit Corp, PO Box 9013, Addison, Texas 75001-9013 |
| 15071921 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 13 2026 01:23:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15072154 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 13 2026 01:23:00 | Jefferson Capital Systems, LLC, PO BOX 772813, Chicago IL 60677-2813 |
| 15081317 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2026 01:36:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15059186 | ^ MEBN | Mar 13 2026 01:19:43 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15057276 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 13 2026 01:23:00 | Loan Care Servicing, Attn: Consumer Solutions, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 15057277 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 13 2026 01:23:00 | Loan Care Servicing, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15083411 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 13 2026 01:23:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15057278 | + Email/PDF: cbp@omf.com | Mar 13 2026 01:25:35 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 15057279 | + Email/PDF: cbp@omf.com | Mar 13 2026 01:25:35 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15061961 | + Email/PDF: cbp@omf.com | Mar 13 2026 01:25:22 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 15057280 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2026 01:25:22 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15057282 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2026 01:25:28 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15057283 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2026 01:25:35 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 15057284 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2026 01:25:21 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15057285 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2026 01:25:21 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15057286 | + Email/Text: synovusbankruptcy@synovus.com | Mar 13 2026 01:23:00 | Synovus Bank/GreenSky, Attn: Bankruptcy, Po Box 120, Columbus, GA 31902-0120 |
| 15057287 | + Email/Text: bankruptcy@greenskycredit.com | Mar 13 2026 01:23:00 | Synovus Bank/GreenSky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 15057288 | Email/Text: bankruptcy@td.com | Mar 13 2026 01:23:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 15057289 | Email/Text: bankruptcy@td.com | Mar 13 2026 01:23:00 | TD Bank, N.A., 70 Gray Rd, Portland, ME 04105 |
| 15057290 | + Email/Text: UpStart@ebn.phinsolutions.com | Mar 13 2026 01:23:00 | Upstart Network Inc., 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15063378 | + Email/Text: peritus@ebn.phinsolutions.com | Mar 13 2026 01:23:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |
| 15057292 | + Email/Text: support@ymalaw.com | Mar 13 2026 01:23:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 38

District/off: 0313-2                                              User: admin                                              Page 3 of 3
Date Rcvd: Mar 12, 2026                                     Form ID: 155                                     Total Noticed: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15057262 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15077590 | * | Jefferson Capital Systems, LLC, PO BOX 772813, Chicago IL 60677-2813 |
| 15057281 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026                              Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KERI P EBECK | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | on behalf of Debtor James M Doan support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                        )

   James M Doan            )         Case No. 25–14014–amc

                        )

                        )

   Debtor(s).               )         Chapter: 13

                        )

                        )

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: March 11, 2026                     For The Court

                                        Ashely M. Chan
                                        Chief Judge, United States Bankruptcy Court