Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

James M Doan
138 Gable Hill Road
Levittown, PA 19057

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-14014-AMC**

Petition Filed Date: 10/03/2025
341 Hearing Date: 10/31/2025
Confirmation Date: 03/11/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/03/2025 | $225.00 | | 12/08/2025 | $225.00 | | 01/06/2026 | $223.00 | |
| 02/03/2026 | $223.00 | | 03/06/2026 | $223.00 | | 04/03/2026 | $223.00 | |
| 05/04/2026 | $223.00 | | 06/03/2026 | $223.00 | | 07/06/2026 | $223.00 | |

**Total Receipts for the Period: $2,011.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $2,234.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $4,000.00 | $2,062.00 | $1,938.00 |
| 1 | ONEMAIN FINANCIAL GROUP LLC<br>»» 001 | Unsecured Creditors | $5,105.16 | $0.00 | $5,105.16 |
| 2 | UPSTART NETWORK INC<br>»» 002 | Unsecured Creditors | $943.28 | $0.00 | $943.28 |
| 3 | AFFIRM INC<br>»» 003 | Unsecured Creditors | $3,136.98 | $0.00 | $3,136.98 |
| 4 | BUCKS COUNTY DOMESTIC RELATIONS<br>»» 004 | Priority Crediors | $464.80 | $0.00 | $464.80 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $3,218.28 | $0.00 | $3,218.28 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $1,287.60 | $0.00 | $1,287.60 |
| 7 | HARLEY DAVIDSON CREDIT CORP<br>»» 07S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | HARLEY DAVIDSON CREDIT CORP<br>»» 07U | Unsecured Creditors | $9,730.59 | $0.00 | $9,730.59 |
| 9 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $693.84 | $0.00 | $693.84 |
| 10 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $974.26 | $0.00 | $974.26 |
| 11 | LOANCARE SERVICING CENTER<br>»» 010 | Mortgage Arrears | $2,351.76 | $0.00 | $2,351.76 |

**Chapter 13 Case No. 25-14014-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,234.00 | Current Monthly Payment: | $223.00 |
| Paid to Claims: | $2,062.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $172.00 | Total Plan Base: | $12,492.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.